|  |  |  |  |
|---|---|---|---|
| Civil Action No. 1;20CV 03564-WLR | Superior Court ☐ | Magistrate Court ☐ |
| | State Court ☐ | Probate Court ☐ |
| Date Filed _____ | Juvenile Court ☐ | |
| | Georgia, _____ COUNTY | |

Attorney's Address

Sean Aaron Hall
_____
                                    Plaintiff
                    VS.

**Name and Address of Party to be Served**

Shermaine Alberto Carlisle
3319 Colony Drive
Conyers Ga 30013

Shermaine Alberto Carlisle
_____
                                    Defendant

_____
                                    Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☒ I have this day served the defendant Shermaine A Carlisle personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

☐ Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above style affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 15th day of September, 20 20.

_____
                                    DEPUTY

SCANNED

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT