# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SEAN AARON HALL, | |
| Plaintiff, | |
| v. | Civil Action File No. 1:20-cv-03564-WMR |
| SHERMAINE ALBERTO CARLISLE | |
| Defendant. | |

## Declaration of Mark Begnaud

1. My name is Mark Begnaud. I am over eighteen (18) years of age and suffer no legal disabilities. I give this affidavit based on my own personal knowledge.

2. I am Plaintiff Sean Aaron Hall's attorney in the above-styled matter.

3. I have provided multiple extensions to the attorney I believed to represent Defendant Shermaine Alberto Carlisle.

4. Prior to filing the complaint, I emailed attorney William Thomas "Tommy" Craig, who is counsel for the Newton County Sheriff's Office. I was provided Mr. Craig's contact information by the Newton County Attorney.

5. I sent a settlement demand to Mr. Craig, copying Sheriff Brown and Newton County's insurance carrier on April 17, 2020.

6. I emailed back and forth with Mr. Craig several times and, ultimately, Mr. Craig informed me that the carrier had denied coverage.

7. I then filed the instant suit.

8. After filing suit, I emailed with Mr. Craig to determine whether he would be representing Defendant Shermaine Alberto Carlisle and whether he could acknowledge service. Attached hereto is a true and correct copy of an email exchange I had with Mr. Craig.

9. In response to my email, Mr. Craig asked for additional time to answer so that he could ask the insurer to reevaluate the coverage determination and I granted Mr. Craig's request for an extension through December 2, 2020 to file an answer.

10. I followed up with Mr. Craig throughout December and January and granted additional requests for extensions of the answer filing deadline because the insurer had not yet provided a final response.

11. Ultimately, on January 15, 2021, Mr. Craig informed me via telephone that the insurer did not appear likely to cover Defendant and that Sheriff Brown had declined to defend Defendant in the action.

12. Mr. Craig informed me that he had sent a letter to Defendant Carlisle informing Defendant Carlisle that Defendant Carlisle was not being provided a defense and that Defendant was obligated to find his own counsel.

13. Mr. Craig also told me that he had never represented Defendant in this action.  I expressed surprise during the call because it was my understanding that Mr. Craig had been Defendant's attorney throughout the extension discussions.  Mr. Craig expressed that he had never represented Defendant in this matter and was only aiding in the determination of whether insurance coverage could be secured.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Mark Begnaud  
Mark Begnaud

2/5/2021  
Date
