IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SEAN AARON HALL,<br><br>Plaintiff,<br><br>v.<br><br>SHERMAINE ALBERTO CARLISLE<br><br>Defendant. | Civil Action<br>File No. 1:20-cv-03564-WMR |

## Order Granting Default Judgment

The Court, having Ordered Plaintiff to show cause why he has not diligently pursued this matter, and having reviewed Plaintiff's response to the Court's Order, finds that it is appropriate to enter a default judgment against Defendant in this matter:

1. Plaintiff filed his Complaint against Defendant on August 8, 2020.
2. Service was executed on October 6, 2020.
3. Defendant has never responded to the Complaint and is therefore in default as of November 5, 2020.

The Court therefore ORDERS that a default judgment is entered for Plaintiff Sean Aaron Hall against Defendant Shermaine Alberto Carlisle.

This ___ Day of _____, 2021

_____
William M. Ray, II
United States District Judge