United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 08 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

_____
Plaintiff,

v                              Case Number:

1:20-CV-3564-WMR

_____
Defendant,

Response

February 5, 2021
Shermaine A. Carlisle
Response Letter

      When it comes to the civil suit I choose not to settle. My reason for not settling is because I was falsely accused on the date the incident occurred. That day I came into work to help out a shift that was short on staff. I usually work the overnight shift on another unit. So I wasn't familiar with Mr. Hall at all. When I came in I was never briefed on any information of what had happened the shift before I came in, which is proper procedure when shifts are changing. When I came on the unit I noticed there were three other inmates that I remembered from the pod I worked at overnight so, I thought oh they must have been moved to this pod. They walked up to me during rotation and asked me if I was on this shift now and I said no just getting some overtime and that was it. I went to the desk and that's when the inmate Mr. Hall was knocking on his door wanting to talk to me, I proceeded to his cell to listen to him tell me that he wasn't supposed to be on lock down. I told him I would look into it seeing how I knew nothing about him. I did go back to my desk and saw that Mr. Hall lockdown was given the day before. I went back to Mr. Hall cell door and told Mr. Hall what I read on the computer and he began to tell me it was wrong and I told him I would speak to him about it later and walked away. That's when he began to get erratic and angry that's when I went back to the cell door and tried to calm him down and told him acting out is not going to get you heard. Then I opened the door to look him in the eyes and speak to him face to face which is when he calmed down. I had to speak to Mr. Hall face to face a few times that day to help him understand. It wasn't until Mr. Hall came out his cell that I realized when I shut the door behind me Mr. Hall may have had something he wedged in to keep his door from shutting or something was wrong with his door. At that time I told Mr. Hall to return back to his cell I noticed as he went back to his cell he was speaking to another inmate about how he wants his money. When he went back into his cell, I began to speak to a few inmates that had other questions. That's when I noticed that the light was on for Mr. Hall door which meant Mr. Hall door wasn't closed all the way so I hit the button and told Mr. Hall to pull his door all the way closed. The next thing I know a fight breaks out I called the code for assistance because I was the only one on the unit.

      I in no way shape form or fashion had anything to do with planning with any inmates to have Mr. Hall beat up. I was told I was on tape speaking with the men that jumped him to plan this whole thing and all I did was answer the question they asked me about if I was on this shift now and like I said earlier in my statement no I was here on some overtime. I didn't even know Mr. Hall had any trouble with these other inmates until I was under investigation. So I am innocent in this matter. I had only been at Newton County for four months and never had anything like this happen on my Pod overnight on my regular shift. I go to a brand new Pod during the day and now I'm being falsely accused for something I didn't do. I never wanted Mr. Hall to get hurt I don't know anything about him I didn't even have any history on him until I was investigated so why would I plan any attack on him? What would I be gaining from this? As

far as I'm concerned I lost in this situation. I go to work I do my job and I go home to my family. Because of these false claims I lost my dream job, I haven't been able to get a job because of the charges on my record I haven't been able to take care of my family or household utilities. My wife was working at the time because of the pandemic she is now out of work. We have two children and I must say it's been rough and it's not fair that I'm being falsely accused with the only evidence being a video tape with no audio. So how can they possibly hear what I'm saying and just assume I was planning Mr. Hall downfall.  I am appalled on how I was treated during this matter a lot of things were done out of order and believe the charges should be dropped and believe this case should be dismissed. I should not have to pay for something that has nothing to do with me. When all I did was follow proper procedure. When I was hired I planned on retiring here, I have been in the security business for over 15 years and that day I only went to help out because the shift was short and that's all my intentions was to help.

Thanks for your time.