# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-cv-03564-WMR**
**Hall v. Carlisle**
**Honorable William M. Ray, II**

Minute Sheet for proceedings held In Open Court on 06/15/2021.

TIME COURT COMMENCED: 9:45 A.M.
TIME COURT CONCLUDED: 12:00 P.M.    COURT REPORTER: Wynette Blathers
TIME IN COURT: 2:15                 DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Mark Begnaud representing Sean Aaron Hall<br>Shermaine Alberto Carlisle appearing Pro Se |
| OTHER(S) PRESENT: | Rupal Vaishnav representing Ryan Michael, potential witness |
| PROCEEDING CATEGORY: | Damages Hearing(Other Evidentiary Hearing - Contested); |
| MINUTE TEXT: | The Court convened for a Zoom evidentiary hearing regarding compensatory and punitive damages. The Court dismissed D.A. Ryan Patrick from the proceeding. Parties made opening statements. Plaintiff-witness, Sean Hall, sworn and testified. Plaintiff's video exhibit 1 shown and admitted without objection. Defendant cross examined Mr. Hall. Plaintif's Exhibit 2 admitted without objection. Plaintiff rests. Closing statements. The Court takes the damages issue under advisement pending further documentation and review. Plaintiff asks for 30 days to submit a petition for attorney's fees. The Court grants this request and also directs Plaintiff's counsel to prepare a proposed findings of fact and conclusions of law within 30 days of today's date. Defendant may also submit their proposed findings and conclusions as well as a response to Plaintiff's forthcoming motion for attorney fees. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits returned to counsel for Plaintiff to be filed with the Court. |